| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 1:07-CR-61(2) |
| § | |
| VICTOR MERCED ZEPEDA § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge (#86). The magistrate judge recommended that the Court accept defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Indictment.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings in the Report and Recommendation. The Court **ORDERS** that Judge Giblin's report (#86) is **ADOPTED.** The Court further **ORDERS** that the defendant's guilty plea and the plea agreement are conditionally accepted at this time. It is finally **ORDERED** that the Court finds Victor Merced Zepeda **GUILTY** on **Count One** of the **Indictment** charging a violation of Title 18, United States Code, Section 1952.

SIGNED at Beaumont, Texas, this 12th day of September, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE